# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1344
_____

David Gerard Jeep

*Plaintiff - Appellant*

v.

The Tea Party/GOP/Republicans; John Boehner, Republican Speaker of the
House; Mitch McConnell, Republican Minority Leader

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 11, 2014
Filed: June 13, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

David Jeep appeals after the district court[1] dismissed his civil complaint preservice for lack of subject matter jurisdiction.  Upon careful de novo review, see Hart v. United States, 630 F.3d 1085, 1088 (8th Cir. 2011) (standard of review), we conclude that the district court appropriately dismissed the complaint, see Fed. R. Civ. P. 12(h)(3) (if court determines at any time that it lacks subject matter jurisdiction, court must dismiss action); Hagans v. Lavine, 415 U.S. 528, 536-38 (1974) (federal courts are without power to entertain claims otherwise within their jurisdiction if they are so attenuated and unsubstantial as to be absolutely devoid of merit); Biscanin v. Merril Lynch & Co., 407 F.3d 905, 907 (8th Cir. 2005) ("[i]f the asserted basis of federal jurisdiction is patently meritless, then dismissal for lack of jurisdiction is appropriate"; court determines whether asserted jurisdictional basis is patently meritless by looking to face of complaint and drawing all reasonable inferences in favor of plaintiff).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.